```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :

SERTEL SCREW AND NAIL CORP,             :

                            Plaintiff,          :

                  -against-                  :          1:23-cv-10315-GHW

INDEPENDENT LOGISTICS, *and* HAPAG-  :          ORDER
LLOYD AMERICA, INC.,                        :

                          Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on November 24, 2023. Dkt. No. 2. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 8, 2023. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated:  November 27, 2023
            New York, New York

                                                                  _____
                                                                     GREGORY H. WOODS
                                                                 United States District Judge