UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SERTEL SCREW AND NAIL CORP,

                Plaintiff,                23-CV-10315 (JAV) (VF)

       -against-                    **ORDER**

INDEPENDENT LOGISTICS, et al.,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties were directed to file their pre-conference submissions for the settlement conference by no later than June 9, 2025. That date has now passed, and Plaintiff has failed to submit the pre-conference submission as directed at ECF No. 37. The settlement conference is therefore rescheduled for **Monday, September 29, at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Monday, September 22, 2025**.

      **SO ORDERED.**

DATED:      New York, New York
               June 11, 2025

                                                             _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge