

William Yost
whyost@liskow.com
D: . 332-286-5283

July 16, 2025

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2025

Hapag's request is GRANTED. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 55.

**Via ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

      Re:    *Sertel Screw and Nail Corp. v. Independent Logistics and Hapag-Lloyd (America) LLC*

            Case No. 23-cv-10315 (JAV)(VF)

_____

Dear Magistrate Judge Figueredo:

      We represent defendant Hapag-Lloyd (America) LLC ("Hapag") in the captioned matter, which is scheduled for a settlement conference before Your Honor on September 29, 2025. We respectfully request the Court's permission for our client representative to attend the conference remotely. The reason for this request is that our client representative works and lives in Atlanta, Georgia.

      We thank Your Honor's consideration of this request and look forward to attending the upcoming settlement conference.

                                        Respectfully submitted,

                                        /s/ William Yost
                                        William Yost

Cc:     All Counsel via ECF