UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SERTEL SCREW AND NAIL CORP,

                Plaintiff,                                  23-CV-10315 (JAV) (VF)

        -against-                                        **ORDER**

INDEPENDENT LOGISTICS, et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of the parties' representation at ECF No. 63, the parties are directed to file a joint status update on settlement with Defendant Hapag by **November 14, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
                November 5, 2025

                                                                       _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge