**BUSRA CUNDIOGLU, PLLC**
626 First Ave. E41F
New York, New York 10016
(914) 863 – 8825 P
(212) 279 - 9661 F
busra@cundioglupllc.com

Honorable Valerie Figueredo,
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

**Re: 1:2023CV10315**

Dear Judge Figueredo:

Please be advised that Plaintiff provided its fully executed copy of the Settlement Agreement to Hapag on or about November 12, 2025, and is presently awaiting the countersigned version. We expect to receive the fully executed agreement by the end of this week.

Upon receipt of the countersigned agreement, the parties will promptly file the Stipulation of Discontinuance with Prejudice with the Court.

Respectfully submitted,

/s/ Busra Cundioglu, Esq. //
**BUSRA CUNDIOGLU, PLLC**
626 First Ave. E41F
New York, New York 10016
(914) 863 – 8825 P
(212) 279 - 9661 F
busra@cundioglupllc.com

*Attorney for Plaintiff*

---

**MEMO ENDORSED**

/s/ Hon. Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2025

The parties are directed to file a joint status update by **December 17, 2025** if a stipulation of dismissal of Hapag is not filed on or before that date. The Clerk of the Court is respectfully directed to close the motion at ECF No. 66.