**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SERTEL SCREW AND NAIL CORP.,

Plaintiff,

-against-

INDEPENDENT LOGISTICS, et al.,

Defendants.

-----------------------------------------------------------------X

**23-CV-10315 (JAV) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on August 3, 2026, Independent Logistics has conceded liability as to the two containers of screws at issue in the cross-motions for summary judgment. See ECF Nos. 69, 79; see also ECF No. 101 ("Independent Logistics concedes that it did in fact submit the orders for Purchase Order Nos. 89461 and 95634 and that[ ] . . . a valid contract was agreed to[.]").

The parties have thus decided to engage in another round of settlement discussions, and if those discussions are unsuccessful, the parties may bring renewed motions for summary judgment on the issue of damages.

**SO ORDERED.**

DATED: New York, New York
August 4, 2026

VALERIE FIGUEREDO
United States Magistrate Judge